July 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LONE STAR COLLEGE SYSTEM DISTRICT D/B/A LONE STAR COLLEGE SYSTEM, Appellant

NO. 14-12-01118-CV                 V.

CADENCE MCSHANE CONSTRUCTION COURT COMPANY LCC, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on November 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.